# Angelo G. MacDonald, Esq.
### Attorney & Counselor at law

124 West 60th Street, Suite 32
New York, New York 10023
(917) 385-1001

- Admitted In New York and New Jersey -

July 14, 2006

Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
**BY TELEFAX: (718) 613-2386**

Re:  United States v. Yew Weng Leong
     04 Cr 194 (ARR)

Dear Judge Ross:

This letter is respectfully submitted on behalf of defendant Yew Weng Leong.

I currently represent Mr. Leong on an immigration/removal matter before the U.S. Immigration Court. Mr. Leong was represented on the above referenced matter by Ms. Joyce London.

After Mr. Leong's sentence before this Court, Mr. Leong resumed his education and employment. Sometime in February of this year the Department of Homeland Security (Immigration and Naturalization Service) initiated removal proceedings against Mr. Leong based upon his guilty plea before this Court. Mr. Leong challenged his removal but was ultimately ordered removed. He was physically deported on Wednesday July 12, 2006 at 1:30 pm on a Delta flight out of JFK to Kuala Lumpur, Malaysia. Mr. Leong's Alien number is: A 47-260-227. I have attached a copy of the Order of Removal from the Immigration Court located in Oakdale, LA as reference.

The purpose of this letter is to request permission of and an Order from this Court for the permanent release of Mr. Leong's Malaysian passport. Mr. Leong's passport is currently in the custody of the Pre-Trial Services Unit and, as I have been informed, can only be released upon an Order of the Court. Since the defendant is no longer in the United States and has been permanently removed and is, therefore, no longer on probation or under the supervision of the Pre-Trial Services Unit, I suggest that there is no need for Pre-Trial Services or Probation to keep said passport. I have communicated with Ms. Lourdes Vasquez of the Pre-Trial Services Unit. She has informed me that the passport is in their custody and can only be permanently released upon an Order of the Court. She can be reached at 718-613-2570. Mr. Leong's probation officer is Roula Eleopulos. She can be reached at (631)-712-6332.

[Handwritten annotation: Application granted. Pre-Trial Services will release defendant's passport to Mr. MacDonald. So ordered. 7/17/06 cc: Counsel Pre-Trial Svcs]

Page Two
July 14, 2006

    If the Court determines that it is proper and finds it acceptable to Order the release of Mr. Leong's passport, I ask that the Court Order said release to me. I will see that Mr. Leong's passport is given to his parents or, if so Ordered, will mail the passport to Mr. Leong's Malaysian residence.

    Accordingly, it is respectfully requested that this Court Order the permanent release of Mr. Leong's passport under any conditions this Court finds necessary.

Respectfully submitted,

Angelo G. MacDonald

Ecl.

cc.:    AUSA Michael Asaro (By Telefax: 718-254-7499)
        US Probation Officer Roula Eleopoulos (By Telefax 718-260-2568)
        Pre-Trial Services, Lourdes Vasquez (By Telefax 718-613-2570)

U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
1900 E. WHATLEY RD, PO BOX 750
OAKDALE, LA 71463

In the Matter of:
LEONG, YEU WENG

Case No.: A47-260-227

RESPONDENT

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

Upon the basis of respondent's admissions, I have determined that the respondent is subject to removal on the charge(s) in the Notice to Appear.

Respondent has made no application for relief from removal.

It is HEREBY ORDERED that the respondent be removed from the United States to Appear. **MALAYSIA** on the charge(s) contained in the N

If you fail to appear for removal at the time and place ordered by the INS, other than because of exceptional circumstances beyond your control (such as serious illness of the alien or death of an immediate relative of the alien, but not including less compelling circumstances), you will not be eligible for the following forms of relief for a period of ten (10) years after the date you were required to appear for removal:

(1) Voluntary departure as provided for in section 240B of the Immigration and Nationality Act;
(2) Cancellation of removal as provided for in section 240A of the Immigration and Nationality Act; and
(3) Adjustment of status or change of status as provided for in section 245, 248 or 249 of the Immigration and Nationality Act.

AGNELIS L. REESE
Immigration Judge
Date: Apr 4 2006

Appeal: ~~WAIVED~~ **Reserved** (P)(A)
Appeal Due By: 5/4/06

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY: MAIL (M) PERSONAL SERVICE (P)
TO: [ ] ALIEN [ ] ALIEN c/o Custodial Officer [X] Alien's ATT/REP [ ] INS
DATE: 4/4/06 BY: COURT STAFF
Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other

Form EOIR 7-4T (REMOVAL Order)
LCW

# Angelo G. MacDonald, Esq.
## Attorney & Counselor at law

124 West 60th Street, Suite 32
New York, New York 10023
(917) 385-1001

- Admitted in New York and New Jersey -

Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
**BY TELEFAX: (718) 613-2386**

July 14, 2006

7/14
AUSA ASARO
- NO OBJECTION

7/17
PTS VASQUEZ
- NO OBJECTION

7/17
P.O. ELEOPOULOS
- NO OBJECTION

Re: United States v. Yew Weng Leong
04 Cr 194 (ARR)

Dear Judge Ross:

This letter is respectfully submitted on behalf of defendant Yew Weng Leong.

I currently represent Mr. Leong on an immigration/removal matter before the U.S. Immigration Court. Mr. Leong was represented on the above referenced matter by Ms. Joyce London.

After Mr. Leong's sentence before this Court, Mr. Leong resumed his education and employment. Sometime in February of this year the Department of Homeland Security (Immigration and Naturalization Service) initiated removal proceedings against Mr. Leong based upon his guilty plea before this Court. Mr. Leong challenged his removal but was ultimately ordered removed. He was physically deported on Wednesday July 12, 2006 at 1:30 pm on a Delta flight out of JFK to Kuala Lumpur, Malaysia. Mr. Leong's Alien number is: A 47-260-227. I have attached a copy of the Order of Removal from the Immigration Court located in Oakdale, LA as reference.

The purpose of this letter is to request permission of and an Order from this Court for the permanent release of Mr. Leong's Malaysian passport. Mr. Leong's passport is currently in the custody of the Pre-Trial Services Unit and, as I have been informed, can only be released upon an Order of the Court. Since the defendant is no longer in the United States and has been permanently removed and is, therefore, no longer on probation or under the supervision of the Pre-Trial Services Unit, I suggest that there is no need for Pre-Trial Services or Probation to keep said passport. I have communicated with Ms. Lourdes Vasquez of the Pre-Trial Services Unit. She has informed me that the passport is in their custody and can only be permanently released upon an Order of the Court. She can be reached at 718-613-2570. Mr. Leong's probation officer is Roula Eleopulos. She can be reached at (631)-712-6332.

# UNITED STATES PRETRIAL SERVICES AGENCY
### EASTERN DISTRICT OF NEW YORK

## PASSPORT RECEIPT

Name: **Weng, Leong Yew**  COURT NAME -PLEASE PRINT    Date Surrendered: **1/5/03**

MAG# **03-M-1562**   IND# _____    PACTS# **42994**

11/13/03  Passport Name: ~~Weng, Leong Yew~~  Leong, Yew Weng   Date of Birth: **1/10/82**

Passport Number: **820110-08-5265**   Country of Origin: **Malaysia**

Expiration Date: **10/17/00**
 **10/17/05 — renewed**         ✱ **Resident Alien Card** ✱
                                  **A 047-260-227**
Defendant's Signature: ✗ _yewjyew_          Exp. date
                                           **4/20/2010**
Name and Title (if not defendant): _[signature]_
                                   _U.S. Postal Inspector_

Officer's Signature: _J. [signature]_

---

### DISPOSITION OF CASE

Date: ___/___/___    Disposition: _____

---

### RETURN OF PASSPORT

Upon request, and unless otherwise directed by the court, a defendant's passport which is surrendered as a condition of bail will be returned after acquittal, after charges have been dismissed, or, if the defendant is convicted, at the **full** expiration of any sentence imposed; passports of suretors will be returned at the time that bail is exonerated. Upon request by a defendant, a foreign passport will be transferred to the defendant, a designee or the U.S. Immigration and Naturalization Service to expedite the process of deportation. All unclaimed passports will be destroyed one year after the date that they could otherwise have been returned. Request for return of passports should be made to: US Pretrial Services Agency, 225 Cadman Plaza East, Brooklyn, NY 11201.

Signature of Defendant/Recipient: _____    Date: ___/___/___

Title (if other than defendant): _____

*If mailed to defendant, attach certified mail receipt*

Transferred By: _____
         U.S Pretrial Services Officer

DISTRIBUTION: Original: Defendant;   Yellow: Pretrial Services    Pink: Case Agent or other holder of passport at arrest

PTS.EDNY Rev. 07/02